# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

————————————————

No. 13-50657

————————————————

D.C. Docket No. 6:12-CV-193

United States Court of Appeals
Fifth Circuit

**FILED**

November 14, 2014

Lyle W. Cayce
Clerk

FIRST COMMUNITY BANCSHARES,

> Plaintiff - Appellee Cross-Appellant

v.

ST. PAUL MERCURY INSURANCE COMPANY,

> Defendant - Appellant Cross-Appellee

Appeals from the United States District Court for the
Western District of Texas, Waco

Before SMITH, BARKSDALE, and HAYNES, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

ISSUED AS MANDATE:

**A True Copy**
        **Attest**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

**By:** _____
                **Deputy**

**New Orleans, Louisiana**